582 A.2d 793

**STATE of Maryland**

v.

**Junius Edward SHAW.**

No. 113 Sept. Term, 1990.

Court of Appeals of Maryland.

Dec. 6, 1990.

J. Joseph Curran, Jr., Atty. Gen. and Sarah E. Page, Asst. Atty. Gen., Baltimore, for petitioner.

Stephen Harris, Public Defender and José Felipé Anderson, Asst. Public Defender, Baltimore, for respondent.

Submitted to MURPHY, C.J., and ELDRIDGE, RODOWSKY, McAULIFFE and CHASANOW, JJ.

## ORDER

PER CURIAM.

The Court having considered and granted the petition for writ of certiorari in the above captioned case, it is this 6th day of December, 1990

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, reversed and the case remanded to the Court of Special Appeals for reconsideration in light of *State v. Hall*, 321 Md. 178, 582 A.2d 507 (1990) (No. 2, September Term, 1990, decided on December 3, 1990). Costs in this Court and in the Court of Special Appeals to be paid by Junius Edward Shaw.